Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

**Brian Herman**
212-309-6909
bherman@morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/07

July 18, 2007

BY HAND

*Act'd* A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 60 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein, U.S.D.J.
Date: 7-20-07

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: San Gorgonio Westwinds II, LLC et ano. v. Vestas Wind Systems, A/S (06-13379);
Foote Creek III, LLC et ano. v. Vestas Wind Systems, A/S (06-13380);
and Oak Creek Wind Power v. Vestas Wind Systems (07-5585)

Dear Judge Hellerstein:

This firm represents the Plaintiffs in the above captioned matters. We write on behalf of all parties to request an adjournment of the status conference scheduled for July 27, 2007.

As the Court may recall, these actions concern an alleged breach of Continuing Guaranty agreements concerning the performance of certain wind turbines purchased by Plaintiffs from a subsidiary of the Defendant. Plaintiffs also initiated arbitration against the subsidiary.

On March 23, 2007, the parties appeared before the Court in the San Gorgonio and Foote Creek matters. The Court requested that the parties return to Court on July 27, 2007 to report the status of the arbitration. In the interim, the Oak Creek matter was transferred from the United States District Court for the Southern District of California and assigned to this Court as a related case.

The parties have been engaged in settlement discussion and are in the process of preparing a written settlement agreement. The parties, therefore, request that the Court adjourn the status conference for one month while they work to finalize a settlement agreement.[1] We will advise the Court of any change in status of these matters

Respectfully submitted,

*Brian Herman*

Brian Herman

---

[1] The parties are available on August 24, September 7 or September 14, 2007.

1-NY/2203500.1

Case 1:07-cv-05585-AKH   Document 3   Filed 07/23/2007   Page 2 of 2



The Honorable Alvin K. Hellerstein
Page 2

c:    David Schrader, Esq. (via email)
       Daven Lowhurst, Esq. (via email)

1-NY/2203500.1