UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OAK CREEK WIND POWER, LLC,                : 07 CV 05585 (AKH)
and CAITHNESS ENERGY, LLC,                :
                                          :
                    Plaintiffs,           : NOTICE OF VOLUNTARY
                                          : DISMISSAL WITH
        - against -                       : PREJUDICE
                                          :
VESTAS WIND SYSTEMS, A/S,                 :
                                          :
                    Defendant.            :
------------------------------------------------------------x

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule Civil Procedure 41(a)(1), plaintiffs Oak Creek Wind Power, LLC and Caithness Energy, LLC hereby notice their voluntary dismissal of the above-captioned action with prejudice.

Dated: September 28, 2007

_____
David L. Schrader, Esq. (DS-7700)
Christine R. Friar, Esq. (CF-3719)
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand Ave., 22nd Floor
Los Angeles, California 90071

*Attorneys for Oak Creek Wind Power, LLC
and Caithness Energy, LLC*

SO ORDERED: 10/10/07

_____
U.S.D.J.

1-LA/949350.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of New York that, on September ___, 2007, he/she/they caused to be served on the person(s) listed below in the manner shown:

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please See Service List

- [✓] United States Mail, First Class
- [ ] By Messenger
- [ ] By Facsimile
- [ ] By electronic transmission

Dated at Los Angeles, California, this __th day of September, 2007.

_____
Lydia A. Ramirez

Oak Creek Wind Power, LLC and Caithness Energy, LLC,
v. Vestas Wind Systems, A/S

| | |
|---|---|
| Daven Lowhurst, Esq.<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>phone: 415-371-1200<br>fax: 415-371-1211<br>e-mail: dlowhurst@thelen.com | Attorneys for Vestas Wind Systems, A/S |
| Jonathan E. Polonsky<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>875 Third Avenue<br>New York, NY 10022<br>phone: 212-603-2000<br>fax: 212-603-2001<br>e-mail: jonpolonsky@thelen.com | Attorneys for Vestas Wind Systems, A/S |

1-LA/949350.1                                3